**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

AMANDA MULKEY,

Plaintiff,

v.                                                          CASE NO. 1:25-CV-36-HAB-ALT

DENNIS REAM, et al.,

Defendants.

## OPINION AND ORDER

On November 17, 2025, Defendant Brian Anspach filed a Motion to Dismiss (ECF No. 53) arguing that neither the original nor the Amended Complaint had been served on Anspach under Federal Rule of Civil Procedure 4. Plaintiff Amanda Mulkey responded to Anspach's Motion on December 1, 2025 (ECF No. 59) and Anspach filed his Reply on December 11, 2025 (ECF No. 62). Subsequent to these filings, summons was issued as to Anspach on January 2, 2026 (ECF No. 66) with an Affidavit of Service filed by Mulkey on January 5, 2026 (ECF No. 67).

The only ground for dismissal argued by Anspach was lack of service; because service has been made as evidenced by the Affidavit of Service, Anspach's Motion to Dismiss (ECF No. 53) is DENIED AS MOOT.

**SO ORDERED** this 19th day of May 2026.


s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT